UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:25-cr-00174-MPB-MKK |
| DAVID FINKEL, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

This matter is before the Court upon Defendant's Motion to Continue the November 4, 2025 trial date presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

**IT IS THEREFORE ORDERED** that the November 4, 2025 trial in this cause be rescheduled to commence on **APRIL 28, 2026**, at 9:30 a.m., Room 349, United States District Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Dated: October 6, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF

Case 1:25-cr-00174-MPB-MKK   Document 36   Filed 10/06/25   Page 2 of 2 PageID #: 114