UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cr-00174-JRO-MKK |
| DAVID FINKEL, | ) -01 |
| Defendant. | ) ) ) |

### ORDER

This matter has been reassigned to Judge Justin R. Olson. The jury trial set for **April 28, 2026** will be held in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Justin R. Olson.

Furthermore, a final pretrial conference will be held on **April 9, 2026 at 10:00 a.m.** in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, before Judge Justin R. Olson.

**SO ORDERED.**

Date: 3/2/2026

_____
Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

MaryAnn Totino Mindrum
DOJ-USAO
maryann.mindrum@usdoj.gov