UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cr-00174-JRO-MKK |
| ) | |
| DAVID FINKEL, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant, David Finkel, has filed a motion to continue final pretrial conference and trial date. Dkt. [42]. The Court **GRANTS** the Motion and **VACATES** both the **April 9, 2026**, final pretrial conference and the **April 28, 2026**, trial settings, finding that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial.

The delay attributable to the changed trial date shall be excluded from the Speedy Trial Act's time computations. 18 U.S.C. § 3161(h)(7)(A). The interests of justice stated in the motion to continue are best served by the delay so that both the Defendant and the government can adequately prepare for and receive a fair trial and attempt an agreed resolution of the case. Those interests outweigh the interests of the public and Defendant in a speedy trial at this time in this case. *See* 18 U.S.C. § 3161(h)(7).

The Court **CONTINUES** the final pretrial conference to **September 3, 2026, at 10:00 a.m.**, in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Justin R. Olson; and the jury trial to

commence on **September 21, 2026, at 9:00 a.m.** in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Justin R. Olson.

**SO ORDERED.**

Date: 3/10/2026

_____
Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel